ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAY SOMASEKHARAN NAIR JAYA KU,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | CASE NO.  1:26-CV-01963-DJC-SCR<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR TEMPORARY RESTRAINING ORDER |

Respondents respectfully request an extension of time through and including Monday, March 16, 2026, at 5:00 p.m. to respond to Petitioner's motion for a temporary restraining order, and Petitioner does not oppose.  Respondents are working together with Petitioner's counsel to resolve the issue raised in the motion.  If resolved, the petition and motion for a TRO will be moot.

*The remainder of this page is intentionally blank.*

1

The parties therefore stipulate that the new date for Respondents to respond to the motion for a temporary restraining order is Monday, March 16, 2026, by 5:00 p.m.

Respectfully submitted,

Dated:  March 13, 2026

ERIC GRANT
United States Attorney

By:  /s/ Shelley D. Weger
SHELLEY D. WEGER
Assistant United States Attorney


/s/ Kurt Saccone
KURT SACCONE
Counsel for Petitioner


ORDER

Respondents shall respond to the motion for a temporary restraining order on or before March 16, 2026, by 5:00 p.m.  Petitioner may file a reply on or before March 18, 2026.


IT IS SO ORDERED.


Dated:  March 13, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE