ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AJAY SOMASEKHARAN NAIR JAYA KU,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

CASE NO.  1:26-CV-01963-DJC-SCR

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED PETITION

1

Respondents respectfully a first extension of time to respond to the First Amended Petition, and Petitioner does not oppose.  Petitioner's ankle monitor has been removed.  Thus, one of the issues in the First Amended Complaint is now moot.  The parties are working to resolve the final remaining issue without further involvement of the Court.  The parties therefore stipulate that the Court grant the requested extension of time and extend the date for Respondents to respond to the First Amended Petition to May 20, 2026.

Respectfully submitted,

Dated:  May 6, 2026

ERIC GRANT
United States Attorney

By:  /s/ Shelley D. Weger
SHELLEY D. WEGER
Assistant United States Attorney

/s/ Kurt Saccone
KURT SACCONE
Counsel for Petitioner

[PROPOSED] ORDER

It is so ordered.

Date: May 7, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2